No. 15-4018

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| QUARTO MINING COMPANY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**FILED**
Nov 23, 2016
DEBORAH S. HUNT, Clerk

   This cause comes before the court upon an application by attorney Heath M. Long, counsel for Jeffrey L. Stupak, for an award of attorney fees under Section 28 of the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 928, as incorporated in the Black Lung Act, as amended, 30 U.S.C. § 932(a).  Counsel has requested a total of $6,075.00, which includes 20.25 hours of Long's time at the rate of $300 per hour.  Mr. Long's application is itemized and complete, and the respondents have filed no objection to it.

   Upon review of the application, the court finds that the request is justified in this case by counsel's qualifications, his expertise in the area of black lung law, and his preparation of the case before this court on appeal.  Therefore, the court awards fees in the amount of $6,075.00.

                              ENTERED BY ORDER OF THE COURT

                              _____
                              Deborah S. Hunt, Clerk